Maureen Gaughan
PO Box 6729
Chandler, AZ 85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| PENA, DANIEL LEE | ) | CASE NO.  05-26016-PHX-RTB |
| PENA, MICHELLE YVONNE | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

Maureen Gaughan, Trustee, reports that the following dividend checks have been issued and not

presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1006 | 01/14/10 | PROGRESSIVE MEDICAL ASSOC. | $90.43 |
| | | P.O. Box 7127 | |
| | | Phoenix AZ 85011 | |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code

directing the Trustee to pay over the amount of $90.43 to the Clerk of Court to be deposited in the

Registry thereof.

July 1, 2010
    DATE

____/S/ Maureen Gaughan_____ ____
Maureen Gaughan, Trustee